Eric Joseph Davis, Davis & Associates, P.L.L.C., Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

Juan Humberto Cardenas–Ramirez appeals the district court's revocation of his supervised release imposed in connection with his 2008 conviction for illegal reentry after deportation. Cardenas–Ramirez argues that the district court plainly erred in failing to ascertain whether his plea of true was knowing and voluntary and that this error violated his due process rights. Cardenas–Ramirez acknowledges that this court has not yet decided whether *Boykin v. Alabama,* 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (1969), extends to revocation hearings, but he argues that this court should apply *Boykin* to revocation proceedings.

As Cardenas–Ramirez concedes, because he did not raise this issue in the district court, our review is limited to the familiar plain error standard. *See Puckett v. United States,* 556 U.S. 129, 134–35, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009). Although we have not yet addressed whether *Boykin* applies to revocation hearings, *see United States v. Johns,* 625 F.2d 1175, 1176 (5th Cir.1980), other circuits have held *Boykin* inapplicable to revocation proceedings. *See United States v. Pelensky,* 129 F.3d 63, 67–68 (2d Cir.1997); *United States v. Rapert,* 813 F.2d 182, 184–85 (8th Cir.1987); *United States v. Segal,* 549 F.2d 1293, 1296–1301 (9th Cir.1977). Given the foregoing, any error by the district court with regard to failing to ascertain the knowing and voluntary nature of the plea was not clear or obvious, and therefore, it does not meet the plain error standard. *See United States v. Garcia–Rodriguez,* 415 F.3d 452, 455–56 (5th Cir.2005).

Accordingly, the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Luis RAMIREZ–SOLIS,**
**Defendant–Appellant.**

**No. 12–41290**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 5, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

William Lloyd Nealy, II, Davis & Associates, P.L.L.C., Houston, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Luis Ramirez–Solis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ramirez–Solis has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

